UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**YOUNGBLOOD LAFFERTY**
**& SAMPOLI, P.A.**
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey 08221-1159
(609)601-6600 telephone/(609)601-6601 facsimile
Attorneys for Debtor(s)
By: Chad M. Sherwood, Esquire
File No. N29196-CS

Case No.: 11-36092-JHW

In Re:

Adv. No:

Leroy Hartnett and Sandra Louise Hartnett,

Hearing Date: November 1, 2011

Judge: Judith H. Wizmur

**CERTIFICATION IN SUPPORT OF MOTION TO CRAM DOWN THE SECOND MORTGAGE CLAIM OF U.S. SMALL BUSINESS ADMINISTRATION**

Chad M. Sherwood, hereby certifies as follows:

1. I am counsel in the above entitled action and providing this Certification in support of Debtors' Motion to cram down the second mortgage claim of the U.S. Small Business Administration.

2. The Debtors filed the subject Chapter 13 Bankruptcy Petition on September 1, 2011.

3. The 341A Meeting of Creditors is presently scheduled for November 3, 2011.

4. The Confirmation Hearing in this matter is presently scheduled for November 9, 2011.

5. The Debtors' primary residence is a property located at 2 Saddle Ridge Lane, Egg Harbor Township, New Jersey 08234.

6. Attached hereto as Exhibit "A" is the Comparative Market Analysis placing the value of this property in a range of $175,000 to $190,000.

7. Attached hereto as Exhibit "B" is a copy of the latest statement from the first mortgage holder, Bank of America, stating a principal balance of $262,353.53.

8. Attached hereto as Exhibit "C" is a statement for the current balance of the second lienholder, U.S. Small Business Administration, setting forth a principal balance of $26,335.00.

9. As can be seen from the attached Exhibits, there is no equity whatsoever to secure the second mortgage claim of the U.S. Small Business Administration.

10. For these reasons, it is respectfully submitted that the Court should grant this application to cram down the second mortgage claim of the U.S. Small Business Administration and reclassify same as an unsecured non-priority debt.

I certify that the foregoing statements made by me are true. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

YOUNGBLOOD, LAFFERTY,
& SAMPOLI, P.A.

BY: ______________________
Chad M. Sherwood, Esquire
Attorney for Debtors

DATED: October 3, 2011

EXHIBIT “A”

**Chad M. Sherwood**

---

**From:** Email@ParagonMessaging.com on behalf of BERNARD M COHEN [berniecohen@comcast.net]
**Sent:** Friday, September 16, 2011 12:29 PM
**To:** Chad M. Sherwood
**Subject:** FW: Link to Listings

Hope you get this...
-----Original Message-----
**From:** BERNARD COHEN
**Sent:** 9/15/2011 12:35:00 PM
**To:** csherwood@ylslaw.com
**BCC:** berniecohen@comcast.net
**Subject:** Link to Listings

Click Here to View Listings

---

If the above link 'Click Here to View Listings' does not function, copy and paste the following link into your browser address bar:
http://SJSR.fnismls.com/publink/default.aspx?GUID=3d679f9d-0d41-4949-b436-3dc73aae16f3&Report=Yes

---

Chad, attached are four comps for the Saddle Ridge property. The property sold for $163,500 in 1999. Although property values rose rapidly in EHT to peak in about 2005-2006. With the huge drop in values over the past four years they are only up between 10% -15% from the original purchase date. The four comps selected seem to bear this out.

Assuming there are not any great positive surprises in the interior of the home (which I have not viewed) I would place the current value of the property in the $175,000 - $190,000 range.

Thanks.

---

Notice: This email could be considered as an advertisement under federal law.

If you prefer not to receive real estate listing information and updates via e-mail, Click Here or copy the following URL and paste into the address window of your browser to opt out.

http://P70.fnismls.com/paragonsubscriptions/optout.aspx?recipient=&sender=0d58c1e6-0e37-4ba6-8582-0ca5ede1e49d

---

Notice: This email could be considered as an advertisement under federal law.

If you prefer not to receive real estate listing information and updates via e-mail, Click Here or copy the following URL and paste into the address window of your browser to opt out.

http://P70.fnismls.com/paragonsubscriptions/optout.aspx?recipient=&sender=0d58c1e6-0e37-4ba6-8582-0ca5ede1e49d

**MLS #** 372067 **Address:** 105 Florida 09/26/2011 01:48 PM Page 1 of 1

## ALL FIELDS CUSTOMIZABLE



| | | | |
|---|---|---|---|
| **MLS #** | 372067 | **Rooms** | 8 |
| **Status** | Sold CO OP by Member | **Bedrooms** | 4 |
| **Type** | Single Family | **Full Baths** | 2 |
| **Address** | 105 Florida | **Half Baths** | 0 |
| **City/Community** | Egg Harbor Township | **Lot Size** | Less than One Acre |
| **State** | NJ | **Listing Type** | Exclusive Right to Sell |
| **Zip** | 08234 | | |
| **Area** | Egg Harbor Twp | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $188,000 | | |
| **Sale/Rent** | For Sale | | |

## GENERAL

| | | | |
|---|---|---|---|
| **County** | Atlantic | **Compensation-SAC** | 2.5 |
| **Compensation-BBC** | 2.5 | **Compensation-TBC** | 0 |
| **Listing Date** | 1/20/2011 | **Lot Dimensions** | 100 x 228 |
| **Lot #** | 22 | **Block #** | 7101 |
| **Zoned** | res | **Style** | Ranch |
| **Living Room Level** | Main | **Dining Room Level** | Main |
| **Family Room Level** | Main | **Kitchen Level** | Main |
| **Utility Room Level** | Main | **Bedroom 1 Level** | Main |
| **Bedroom 2 Level** | Main | **Bedroom 3 Level** | Main |
| **Bedroom 4 Level** | Main | **Bath 1 Level** | Main |
| **Bath 2 Level** | Main | **Take Photo (Y/N)** | Yes |
| **Special Instr. for Photo.** | sunny day | **Directions** | Zion Road to Robert Best Road to Florida Avenue. PIQ on Left side. |
| **Associated Document Count** | 0 | **Original Price** | $188,000 |
| **Days On Market** | 50 | | |

## FEATURES

**SIDING/EXTERIOR**
Vinyl
**PARKING/GARAGE**
Three or More Cars
**DRIVEWAY**
Blacktop
**BASEMENT**
Crawl Space
**FLOORING**
Hardwood
W/W Carpet
**HEATING**
Gas-Natural

**FIREPLACE**
Built-In
Family Room
Wood Burning
**AIR CONDITIONING**
Central
Wall Units
**WATER HEATER**
Gas
**WATER**
Public
**SEWER**
Public Sewer

**OUTSIDE FEATURES**
Shed
Sidewalks
**INTERIOR FEATURES**
Smoke/Fire Alarm
**OTHER ROOMS**
Den/TV Room
Eat In Kitchen
In-Law Quarters
Recreation/Family
**ALSO INCLUDES**
Blinds
Curtains
Drapes
Partially Furnished

**APPLIANCES**
Dishwasher
Dryer
Gas Stove
Refrigerator
Washer
**SHOWING INSTRUCTIONS**
Key-Call First
Lock Box
**NEW CONSTRUCTION**
No

## FINANCIAL

| | | | |
|---|---|---|---|
| **Total Assessment** | 110,000 | **Taxes** | 4080 |
| **Tax Year** | 201 | **Selling Agent 1 - Agent Name** | KATHLEEN M PILEGGI |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Contract Date** | 3/11/2011 |
| **Closing Date** | 4/20/2011 | **Sold Price** | $184,500 |
| **Selling Office 1 - Office Name** | PRUDENTIAL FOX and ROACH-144H | **Seller Concession** | 0 |

## REMARKS

Remodeled 4BA ,2 Full Bath ranch home. Located on a large lot. New roof, new vinyl siding, new windows, gorgeous hardwood floors. Kitchen has not been competed yet but granite counter top and new cabinets are in the shed waiting for you to update. Lots of storage space. 4th bedroom could be in laws suite. Fabulous back yard for entertaining with large shed for storage. All reasonable offers considered.

## ADDITIONAL PICTURES









**MLS #** 370171 **Address:** 1163 Ocean Heights Avenue 09/26/2011 01:48 PM Page 1 of 1

## ALL FIELDS CUSTOMIZABLE



| | | | |
|---|---|---|---|
| **MLS #** | 370171 | **Rooms** | 7 |
| **Status** | Sold CO OP by Member | **Bedrooms** | 4 |
| **Type** | Single Family | **Full Baths** | 2 |
| **Address** | 1163 Ocean Heights Avenue | **Half Baths** | 0 |
| **City/Community** | Egg Harbor Township | **Lot Size** | 1 to 5 Acres |
| **State** | NJ | **Listing Type** | Exclusive Right to Sell |
| **Zip** | 08234 | | |
| **Area** | Egg Harbor Twp | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $189,900 | | |
| **Sale/Rent** | For Sale | | |

## GENERAL

| | | | |
|---|---|---|---|
| **County** | Atlantic | **Waterfront (Y/N)** | No |
| **Comp. Variable Rate (Y/N)** | No | **Compensation-SAC** | 0 |
| **Compensation-BBC** | 2.5 | **Compensation-TBC** | 0 |
| **Listing Date** | 11/30/2010 | **Owner** | Stone |
| **Lot Dimensions** | 1.48 ac | **Lot #** | 150 |
| **Block #** | 5101 | **Style** | Ranch |
| **House Color** | Tan | **Take Photo (Y/N)** | No |
| **Directions** | West on Ocean Heights Ave past English Creek Ave to 1163 on left. | **Associated Document Count** | 0 |
| **Original Price** | $219,000 | **Days On Market** | 119 |

## FEATURES

**SIDING/EXTERIOR**
Vinyl
**PARKING/GARAGE**
Three or More Cars
**FLOORING**
Hardwood
**HEATING**
Forced Air
Gas-Natural

**FIREPLACE**
Family Room
Gas Log
**AIR CONDITIONING**
Central
**WATER**
Well
**SEWER**
Septic
**LOCATION**
Wooded Lot

**OUTSIDE FEATURES**
Deck
Shed
**OTHER ROOMS**
Laundry/Utility Room
**APPLIANCES**
Burglar Alarm
Dishwasher
Electric Stove
Microwave
Refrigerator

**FINANCING AVAILABLE**
Conventional
FHA
VA
**SHOWING INSTRUCTIONS**
Lock Box

## FINANCIAL

| | | | |
|---|---|---|---|
| **Total Assessment** | 80,200 | **Taxes** | 3055 |
| **Tax Year** | 2009 | **Selling Agent 1 - Agent Name** | RONALD C GIFFORD, JR. |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | FHA | **Contract Date** | 3/29/2011 |
| **Closing Date** | 5/13/2011 | **Sold Price** | $180,000 |
| **Selling Office 1 - Office Name** | RE/MAX AT THE SHORE, OCEAN CITY - A | **Seller Concession** | 0 |

## REMARKS

Truly unique 4BR, 2BA rancher with a fantastic open layout and custom wood beam accents on a 1.5 acre lot. Everything is new including: Gorgeous hardwood flrs, vinyl siding, electrical, gas heater, c/a, kitchen cabinets, granite counters, tile baths, appliances. This is a fantastic house with super low affordable taxes and plenty of room for your family. Don't wait, won't last long at this rock bottom price!

## ADDITIONAL PICTURES











**MLS #** 377722 **Address:** 323 Fox Run Circle 09/26/2011 01:49 PM Page 1 of 1

## ALL FIELDS CUSTOMIZABLE



| | | | |
|---|---|---|---|
| **MLS #** | 377722 | **Rooms** | 8 |
| **Status** | Sold CO OP by Member | **Bedrooms** | 5 |
| **Type** | Single Family | **Full Baths** | 2 |
| **Address** | 323 Fox Run Circle | **Half Baths** | 1 |
| **Address 2** | Short Sale | **Lot Size** | Less than One Acre |
| **City/Community** | Egg Harbor Township | **Listing Type** | Exclusive Right to Sell |
| **State** | NJ | | |
| **Zip** | 08234 | | |
| **Area** | Egg Harbor Twp | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $199,500 | | |
| **Sale/Rent** | For Sale | | |

Virtual Tour

## GENERAL

| | | | |
|---|---|---|---|
| **County** | Atlantic | **Compensation-SAC** | 0 |
| **Compensation-BBC** | 3 | **Compensation-TBC** | 3 |
| **Listing Date** | 5/4/2011 | **Year Built** | 2004 |
| **Lot Dimensions** | 60x140 | **Lot Frontage** | 60 |
| **Lot #** | 2.37 | **Block #** | 1507.0 |
| **Zoned** | Res. | **Style** | 2 Story |
| **Living Room Size** | 10.7 x 13.6 | **Living Room Level** | Main |
| **Dining Room Size** | 13 x 14 | **Dining Room Level** | Main |
| **Kitchen Size** | 20 x 24 | **Kitchen Level** | Main |
| **Utility Room Size** | 6.9 x 14 | **Utility Room Level** | Main |
| **Bedroom 1 Size** | 12.7 x 13.6 | **Bedroom 1 Level** | Upper |
| **Bedroom 2 Size** | 9.6 x 13 | **Bedroom 2 Level** | Upper |
| **Bedroom 3 Size** | 9.4 x 12 | **Bedroom 3 Level** | Upper |
| **Bedroom 4 Size** | 9.4 x 13 | **Bedroom 4 Level** | Upper |
| **Bedroom 5 Size** | 11 x 11.6 | **Bedroom 5 Level** | Upper |
| **Bath 1 Level** | Upper | **Bath 2 Level** | Upper |
| **Powder Room Level** | Lower | **Take Photo (Y/N)** | No |
| **Directions** | W on Delilah Rd past English Creek Rd, First R on Chesterbrook, L onFox Run Circle, property on L. | **Associated Document Count** | 0 |
| **Original Price** | $199,500 | **Days On Market** | 35 |

## FEATURES

**SIDING/EXTERIOR**
Vinyl
**PARKING/GARAGE**
Two Car
Attached Garage
Garage
**DRIVEWAY**
Concrete
**BASEMENT**
Full
**FLOORING**
Hardwood
Vinyl
W/W Carpet
**HEATING**
Gas-Natural

**AIR CONDITIONING**
Central
**WATER HEATER**
Gas
**WATER**
Public
**SEWER**
Public Sewer
**STORMS/SCREENS**
Combination
**OUTSIDE FEATURES**
Curbs
Deck
Paved Road
Porch
Sidewalks

**INTERIOR FEATURES**
Kitchen Center Island
Storage
Smoke/Fire Alarm
Walk In Closet
**OTHER ROOMS**
Breakfast Nook
Dining Area
Eat In Kitchen
Great Room
Laundry/Utility Room
Storage Attic
**POSSESSION**
At Closing

**ALSO INCLUDES**
Blinds
Rugs
**APPLIANCES**
Disposal
Dishwasher
Gas Stove
Microwave
Self Cleaning Oven
**SHOWING INSTRUCTIONS**
Appointment Only
Manual Lock Box
**NEW CONSTRUCTION**
No
**AGE**
11 to 15 Years

## FINANCIAL

| | | | |
|---|---|---|---|
| **Homeowners Assoc. Fee** | 0 | **Land Value** | 31,500 |
| **Improved Value** | 133,800 | **Total Assessment** | 165,300 |
| **Taxes** | 6579 | **Tax Year** | 2010 |
| **Selling Agent 1 - Agent Name** | WENDY S LEE | | |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | FHA | **Contract Date** | 6/8/2011 |
| **Closing Date** | 7/8/2011 | **Sold Price** | $195,000 |
| **Selling Office 1 - Office Name** | RE/MAX COMMUNITY | **Seller Concession** | 0 |

## REMARKS

Short Sale - 5BR, 2 1/2BA home with full basement and 2 car garage! Nice sized deck (10x19 deck) overlooking the golf range for outside entertaining. Centrally located and a few minutes away from the AC Expressway and major shopping/restaurants. Take advantage of a large home at a great price! "AS IS" sale, buyers responsible for all certifications and inspections that may be required. Call today....

## ALL FIELDS CUSTOMIZABLE



| | | | |
|---|---|---|---|
| **MLS #** | 361855 | **Rooms** | 10 |
| **Status** | Sold CO OP by Member | **Bedrooms** | 4 |
| **Type** | Single Family | **Full Baths** | 2 |
| **Address** | 1 Shires Way | **Half Baths** | 1 |
| **City/Community** | Egg Harbor Township | **Lot Size** | Less than One Acre |
| **State** | NJ | **Listing Type** | Exclusive Right to Sell |
| **Zip** | 08234 | | |
| **Area** | Egg Harbor Twp | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $199,900 | | |
| **Sale/Rent** | For Sale | | |

## GENERAL

| | | | |
|---|---|---|---|
| **County** | Atlantic | **Waterfront (Y/N)** | No |
| **Compensation-SAC** | 3 | **Compensation-BBC** | 3 |
| **Compensation-TBC** | 0 | **Listing Date** | 6/12/2010 |
| **Lot Dimensions** | 60 x 135 irr. | **Lot #** | 69 |
| **Block #** | 1601 | **Subdivision** | Shires |
| **Style** | 2 Story | **Living Room Level** | Main |
| **Dining Room Level** | Main | **Family Room Level** | Main |
| **Kitchen Level** | Main | **Utility Room Level** | Main |
| **Bedroom 1 Level** | Upper | **Bedroom 2 Level** | Upper |
| **Bedroom 3 Level** | Upper | **Bedroom 4 Level** | Upper |
| **Bath 1 Level** | Upper | **Bath 2 Level** | Upper |
| **Powder Room Level** | Main | **House Color** | Grey |
| **Take Photo (Y/N)** | Yes | **Special Instr. for Photo.** | Sunny Day |
| **Directions** | English Ck to Gravel Bend, take 1st left, left on Shires Way to end. House is straight ahead | **Associated Document Count** | 0 |
| **Original Price** | $252,000 | **Days On Market** | 282 |

## FEATURES

**SIDING/EXTERIOR**
- Vinyl

**PARKING/GARAGE**
- One Car
- Attached Garage

**DRIVEWAY**
- Concrete

**BASEMENT**
- Crawl Space
- Slab

**FLOORING**
- Hardwood
- Tile
- W/W Carpet

**HEATING**
- Forced Air
- Gas-Natural

**AIR CONDITIONING**
- Ceiling Fan(s)
- Central

**WATER HEATER**
- Gas

**WATER**
- Public

**SEWER**
- Public Sewer

**STORMS/SCREENS**
- Screens

**LOCATION**
- Cul-de-Sac

**OUTSIDE FEATURES**
- Deck
- Fenced Yard
- Pool-Above Ground
- Shed
- Sidewalks
- Sprinkler System

**INTERIOR FEATURES**
- Storage
- Walk In Closet

**OTHER ROOMS**
- Den/TV Room
- Eat In Kitchen
- Laundry/Utility Room

**POSSESSION**
- At Closing

**APPLIANCES**
- Dishwasher
- Gas Stove
- Microwave
- Refrigerator

**FINANCING AVAILABLE**
- Conventional
- FHA
- VA

**SHOWING INSTRUCTIONS**
- 24 Hour Notice
- Appointment Only
- Pets on Premises

**DOCUMENTS ON FILE**
- Sellers Prop. Condition

## FINANCIAL

| | | | |
|---|---|---|---|
| **Total Assessment** | 148,700 | **Taxes** | 5665 |
| **Tax Year** | 2009 | **Selling Agent 1 - Agent Name** | CHRISTINE E MARTIN |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Contract Date** | 3/21/2011 |
| **Closing Date** | 5/12/2011 | **Sold Price** | $200,000 |
| **Selling Office 1 - Office Name** | BALSLEY/LOSCO | **Seller Concession** | 0 |

## REMARKS

Price Reduced Below Appraised Value! Offering 2% buyer incentive to be used for closing costs, down pmt, or just put in your pocket! Move right in to this beautiful 4 bdrm, 2.5 ba well-maintained home. New roof in 2010, all carpet 2 yrs old, siding 5 yrs old. Sunny Kitchen has silestone countertops, tile floor and ceiling fan. FR is sunken w dimmable recessed lighting and Pella glass doors opening to a lg backyard w decks and ag pool. Make an offer, Very Motivated Seller.

## ADDITIONAL PICTURES






EXHIBIT “B”




Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 07/28/2011
**Account Number** [redacted]
Property address
2 Saddle Ridge Lane

0010450 01 AV 0.337 **AUTO T4 2 3188 08234-5350
MSR XW AG 0101-----0--2--- C0000040 IN 1 P10460
LEROY H & SANDRA L HARTNETT
2 Saddle Ridge Ln
Egg Harbor Township NJ 08234-5350



## IMPORTANT NOTICE

**Past Due Notice**

**Our records show that we have not received your home loan payment that was due on 07/01/2011.** If you have not yet mailed your home loan payment, please send it with the attached coupon today. **If you have mailed your payment, please disregard this notice.**

Avoid payment delays. We have two convenient methods of making your mortgage payments electronically: **MortgagePay on the Web** and **MortgagePay on the Phone.**

**MortgagePay on the Web** payments made with a Bank of America account during your loan's grace period are not charged a service fee.* Beginning on February 14, 2011, any online payments made from a non-Bank of America checking or savings account before or during the first half of your loan's grace period will also not be charged a service fee. However, there will be a $6 service fee when making online payments from a non-Bank of America account during the second half of your loan's grace period.

Please visit www.bankofamerica.com to learn more about the **MortgagePay on the Web** service.

*A grace period is the time after the payment due date during which you can pay your mortgage without being charged a late fee. To determine what your grace period is, refer to the "Late Charge Date" on your mortgage statement or on the **MortgagePay on the Web** site. If the date is ten days from the due date, your grace period is ten days. If it is fifteen days from the due date, your grace period is fifteen days.

**MortgagePay on the Phone** allows you to make your monthly loan payment over the phone. There is a service fee for payments made using **MortgagePay on the Phone**, if allowed by applicable law. To make a payment over the phone, you may call our automated system at 1.800.222.9944 and select the "make a payment by phone" option, or you may speak to a Loan Counselor for further assistance. Payments must be scheduled on business days by 6:00 PM PST, Monday-Friday, or Saturday by 1:00 PM PST in order to post the same day. All other scheduled payments will post on the following business day. You can also make payments through the mail without incurring a payment service fee.

**Counseling Programs**

The other purpose of this home loan statement is to inform you of the availability of homeownership counseling programs. These programs are offered by nonprofit organizations that are approved by the U.S. Department of HUD. These nonprofit homeownership counseling programs may be able to assist you with your delinquent loan. Bank of America, N.A. also offers a variety of loss mitigation programs that may assist in bringing your loan back to a current status. To obtain a list of HUD-approved nonprofit organizations serving your area, call 1-800-569-4287 or 1-800-877-8339 (TDD for hearing impaired). To speak to a Bank of America, N.A. representative about what loss mitigation programs may be available on your loan, call us at 1.800.669.4578. For eligible applicants, completion of a counseling program is required for insurance pursuant to section 203 of the National Housing Act (12 U.S.C. 1709).

**If you have any questions about your account or are unable to send your payment immediately, please call us at 1.800.222.9944.**

Thank you in advance for your immediate attention to this matter.
LOAN SERVICING
Loan Counselor

## HOME LOAN SUMMARY

| Home loan overview as of 07/28/2011 | |
|---|---|
| Principal Balance | $262,353.53 |
| Escrow balance | $2,134.92 |
| Late Charge if payment received after 08/16/2011 | $86.76 |

| Amount due on 08/01/2011 as of 07/28/2011 | |
|---|---|
| Home loan payment due 08/01/2011 | $2,255.80 |
| Past due payment amount | 2,169.04 |
| (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

### PAYMENT INSTRUCTIONS

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment
2. Write the account number on the check or money order.
3. Make the check payable to
   **Bank of America, N.A.**
   Attn: Remittance Processing
   PO Box 15222
   Wilmington, DE 19886-5222

Account number [redacted] (3)
Leroy H & Sandra L Hartnett
2 Saddle Ridge Lane
Egg Harbor Township, NJ 08234

Payment due **Aug 1, 2011** ***$2,255.80**
After **Aug 16, 2011** late payment *** $2,342.56**
*Payment amount includes late charges. See Home Loan Details for breakdown.

**SEE OTHER SIDE FOR IMPORTANT INFORMATION** 3189

Additional Principal

Additional Escrow

Check total

Bank of America, N.A.
PO BOX 15222
WILMINGTON, DE 19886-5222

19858458230000022558000234256

⑆586990058⑆ 19858458 2⑈

**HOME LOAN DETAILS**

| Monthly payment breakdown as of 07/28/2011 | |
|---|---|
| Principal and/or interest payment | $1,372.92 |
| Escrow payment amount | 796.12 |
| Outstanding late charges | 86.76 |
| **Total monthly home loan payment** | **$2,255.80** |

| Loan type and term | |
|---|---|
| Loan type | 30 Yr FHA |
| Contractual remaining term | 28 Years, 1 Month |
| Interest rate | 4.500% |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*). The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| *Description* | *Payee* | *Policy number/Tax ID* | *Frequency* | *Next due date* | *Amount due* |
|---|---|---|---|---|---|
| Homeowners insurance | USAA Insurance Company | 01575556990A | Annual | 01/05/2012 | 1,422.11 |
| FHA MIP | U.S. Dept. of Housing & Urb. D | 3515422092703 | Monthly | 08/01/2011 | 117.05 |
| City taxes | Egg Harbor Township Tax Collec | 0510100000067000000000 | Annual | 07/01/2011 | 1,461.90 |
| City taxes | Egg Harbor Township Tax Collec | 0510100000067000000000 | Annual | 10/01/2011 | 1,453.47 |
| City taxes | Egg Harbor Township Tax Collec | 0510100000067000000000 | Annual | 01/01/2012 | 1,397.98 |
| City taxes | Egg Harbor Township Tax Collec | 0510100000067000000000 | Annual | 04/01/2012 | 1,397.97 |

**Home loan activity since your last statement**

| *Date* | *Description* | | *Escrow* | *Total* |
|---|---|---|---|---|
| 07/07/2011 | FHA MIP payment | | -119.15 | -119.15 |
| | ****Ending balance** | **$262,353.53** | **$2,134.92** | |

****NOTE: The ending balance is probably not the same as the amount to payoff your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.**



**IMPORTANT NOTICE**

**CREDIT REPORTING NOTICE**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

Bank of America, N.A. is here to help you bring your loan current. For payment arrangements, call 1.866.653.6183. As long as your loan remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents. Bank of America, N.A. will inspect your property to confirm occupancy, identify the occupants, and observe the physical condition of the property. You are responsible for paying the cost of these inspections.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Leroy H & Sandra L Hartnett
E-mail address

E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
**Postdated checks** will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.



Account Number [redacted]

## Important information about your loan

There has been a payment default or other default on your loan that could result in acceleration of all sums due under the note. As a result, Bank of America, N.A. will use companies, including its affiliates BAC Field Services Corp., LandSafe Default, Inc., LandSafe Services, LLC., LandSafe Title of California, Inc., LandSafe Title of Washington, Inc., LandSafe Title of Florida, Inc., LandSafe Services of Alabama, Inc., LandSafe Title of Texas, Inc., ReconTrust Company, N.A., and LandSafe Appraisal Services, Inc., to provide services required to protect the note holder's interest and rights in the property and under the note and security instrument, including any remedies thereunder (the "Default Related Services"). Bank of America, N.A. will assess fees to your loan account for the Default Related Services, including those provided by its affiliates. A schedule of fees that may be charged to your account for Default Related Services is available at the following web address: http://www.bankofamerica.com/defaultfees. If you do not have internet access, please contact us at 1.866.653.6183 Monday-Friday 7a.m. - 7p.m. Local Time to have a fee schedule mailed to you. The fee schedule contains a complete list of the Default Related Services you could be charged, however it does not include a complete list of all fees or charges that could be assessed on your loan account.

EXHIBIT “C”



U.S. SMALL BUSINESS ADMINISTRATION

LOAN NUMBER: [redacted] LEROY H HARTNETT 07/16/11

| PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|
| 07/04/11 | 478.00 | 534.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| 06/22/11 | 900.00 | 827.72 | 72.28 | 26335.00 |

**PAYMENT ADDRESS ONLY**

**Small Business Administration**
**PO Box 740192**
**Atlanta GA 30374-0192**

**DIRECT QUESTIONS AND CORRESPONDENCE TO THIS ADDRESS.**
**DO NOT MAIL PAYMENTS TO THIS ADDRESS.**

Small Business Administration
801 TOM MARTIN DRIVE SUITE 120
BIRMINGHAM AL 35211
Phone: 800 736-6048

1 INSTALLMENT PAST DUE - FROM 07/04/11
LOAN PAYMENT PAST DUE - IF PAID, THANK YOU.
TOTAL LOAN PAYOFF AMOUNT AS OF 08/04/11 $26,416.44

Effective immediately, the Pay.gov portal will no longer accept the use of special characters such as, ampersands (&), apostrophes, semicolons, and accents over a letters (café), etc. The change to prohibit the use of special characters will affect all fields requiring your name, address, and credit card information. If you are a registered user, please update your profile information to remove any special characters. This will allow you to submit the form without having to correct pre-populated fields.



- MAKE PAYABLE TO: SMALL BUSINESS ADMINISTRATION
- SEND YOUR PAYMENT TO THE *PAYMENT ADDRESS* LISTED ABOVE
- PLEASE RETURN THIS PORTION OF STATEMENT WITH YOUR PAYMENT
- PUT LOAN NUMBER ON ALL PAYMENTS TO ENSURE YOUR ACCOUNT IS CREDITED PROPERLY
- DO NOT SEND CASH
- DO NOT USE TAPE, PAPER CLIPS OR STAPLES

07/16/11

| LOAN NUMBER | DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| [redacted] | 07/04/11 | 478.00 | 534.00 | 534.00 |

☐ PLEASE CHECK HERE AND COMPLETE THE *BACK OF THIS FORM* IF YOUR ADDRESS HAS CHANGED.
☐ PLEASE CHECK HERE IF YOUR PHONE NUMBER HAS CHANGED AND CONTACT YOUR *SERVICING OFFICE* LISTED ABOVE.

pd 7/31/11

#BWNDPZY
#EDJACBGIABHAAE1# 4979 0429



LEROY H HARTNETT
2 SADDLE RIDGE LN
EGG HBR TWP NJ 08234-5350

3811046007 100047800000534000 3