UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**YOUNGBLOOD LAFFERTY
  & SAMPOLI, P.A.**
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey 08221-1159
(609)601-6600 telephone/(609)601-6601 facsimile
Attorneys for Debtor(s)
By: Chad M. Sherwood, Esquire
File No. N29196-CS

Case No.: 11-36092-JHW

In Re:

Adv. No:

Leroy Hartnett and Sandra Louise Hartnett

Hearing Date: November 1, 2011

Judge: Judith H. Wizmur

**ORDER CRAMMING DOWN THE SECOND MORTGAGE CLAIM OF
U.S. SMALL BUSINESS ADMINISTRATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**(Page 2)**
Debtors:     Leroy Hartnett and Sandra Louise Hartnett
Case No:     11-36092-JHW
Order Cramming Down the Second Mortgage Claim of U.S. Small Business Administration

---

This matter having been opened to the Court upon application of Chad M. Sherwood, Esquire of the Law Offices of Youngblood, Lafferty & Sampoli, P.A., attorney for the Debtors, Leroy Hartnett and Sandra Louise Hartnett, for an Order granting the Motion to cram down the claim of second mortgage holder, U.S. Small Business Administration, and the Court having considered this matter, and good cause shown; it is hereby

**ORDERED** that the second mortgage claim of U.S. Small Business Administration is hereby reclassified from secured to wholly unsecured.