# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**YOUNGBLOOD LAFFERTY**
 **& SAMPOLI, P.A.**
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey 08221-1159
(609)601-6600 telephone/(609)601-6601 facsimile
Attorneys for Debtor(s)
By: Chad M. Sherwood, Esquire
File No. N29196-CS

Case No.: 11-36092-JHW

In Re:

Adv. No:

Leroy Hartnett and Sandra Louise Hartnett

Hearing Date: November 1, 2011

Judge: Judith H. Wizmur

## CERTIFICATION OF SERVICE

I, Chad M. Sherwood, Esquire, of the law offices of Youngblood, Lafferty & Sampoli, P.A., attorney for the Debtors, Leroy Hartnett and Sandra Louise Hartnett, being of full age, do hereby certify as follows:

1. On October 3, 2011, I filed electronically with the Clerk of the Bankruptcy Court a Notice of Motion to cram down second mortgage of U.S. Business Administration, along with supporting Certification of Counsel, and proposed Order. A copy was also served electronically on Isabel Balboa, Trustee and Gary K. Norgaard, Esquire, attorneys for Bank of America. A copy was also served on the following by certified mail return receipt requested and by regular mail:

U.S. Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, Alabama 35211

YOUNGBLOOD, LAFFERTY,
& SAMPOLI, P.A.

BY: _____
Chad M. Sherwood, Esquire
Attorney for Debtors

DATED:     October 3, 2011