Order Filed on
**11/4/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**YOUNGBLOOD LAFFERTY**
**& SAMPOLI, P.A.**
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey  08221-1159
(609)601-6600 telephone/(609)601-6601 facsimile
Attorneys for Debtor(s)
By:  Chad M. Sherwood, Esquire
File No.  N29196-CS

Case No.:  11-36092-JHW

In Re:

Leroy Hartnett and Sandra Louise Hartnett

Adv. No:

Hearing Date:  November 1, 2011

Judge:  Judith H. Wizmur

## ORDER CRAMMING DOWN THE SECOND MORTGAGE CLAIM OF U.S. SMALL BUSINESS ADMINISTRATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: 11/4/2011**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

**(Page 2)**
Debtors:      Leroy Hartnett and Sandra Louise Hartnett
Case No:      11-36092-JHW
Order Cramming Down the Second Mortgage Claim of U.S. Small Business Administration

This matter having been opened to the Court upon application of Chad M. Sherwood, Esquire of

the Law Offices of Youngblood, Lafferty & Sampoli, P.A., attorney for the Debtors, Leroy Hartnett and

Sandra Louise Hartnett, for an Order granting the Motion to cram down the claim of second mortgage

holder, U.S. Small Business Administration, and the Court having considered this matter, and good

cause shown; it is hereby

   **ORDERED** that the second mortgage claim of U.S. Small Business Administration is hereby

reclassified from secured to wholly unsecured.

*Approved by Judge Judith H. Wizmur November 04, 2011*