Printed on: 01/16/2014  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2013 to 12/31/2013  
**Case Number: 11-36092 (JHW)**

Leroy Hartnett and Sandra L. Hartnett  
2 Saddle Ridge Lane  
Egg Harbor Township, NJ  08234

Monthly Payment: $1,854.00  
Payments / Month: 1  
Current Trustee Comp.: 6.60%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/2013 | $1,854.00 | 03/07/2013 | $1,854.00 | 04/09/2013 | $1,854.00 | 05/07/2013 | $1,854.00 |
| 05/28/2013 | $1,854.00 | 07/09/2013 | $1,854.00 | 07/30/2013 | $1,854.00 | 09/05/2013 | $1,854.00 |
| 10/01/2013 | $1,854.00 | 10/28/2013 | $1,854.00 | 12/10/2013 | $1,854.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEROY HARTNETT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REBECCA C. LAFFERTY, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | AAFES | 33 | $6,146.44 | $2,120.64 | $4,025.80 | $1,535.18 |
| 2 | LINDIA, LLC | 33 | $20,830.26 | $7,186.84 | $13,643.42 | $5,202.72 |
| 3 | Bank Of America | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 24 | $4,183.88 | $4,183.88 | $0.00 | $0.00 |
| 5 | Blair Corp | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | WEBBANK-FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,227.11 | $1,458.44 | $2,768.67 | $1,055.80 |
| 8 | CITIMORTGAGE, INC. | 24 | $1,095.41 | $1,095.41 | $0.00 | $0.00 |
| 9 | CHARMING SHOPPES - FASHION BUG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIRST NORTH AMERICAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | GEMB/CHEVRON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GEMB/CHEVRON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,599.13 | $1,931.81 | $3,667.32 | $1,398.47 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,618.65 | $1,248.51 | $2,370.14 | $903.84 |
| 15 | HOUSEHOLD CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JERSEY SHORE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LB RETAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WEBBANK-FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MORTGAGE INVESTORS CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | STATE OF NEW JERSEY CLASS | 33 | $5,791.75 | $1,998.27 | $3,793.48 | $1,446.59 |
| 21 | PNC MORTGAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | STATE OF NEW JERSEY | 28 | $1,884.78 | $1,884.78 | $0.00 | $320.64 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $806.42 | $278.23 | $528.19 | $201.41 |
| 25 | U.S. SMALL BUSINESS ADMINISTRATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. BANK HOME MORTGAGE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | USAA FEDERAL SAVINGS BANK | 33 | $16,002.83 | $5,521.29 | $10,481.54 | $3,997.00 |
| 28 | COMENITY CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | WFN ROAMANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $227.81 | $73.78 | $154.03 | $56.89 |
| 31 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | WELLS FRAGO BANK/DFS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | U.S. BANK HOME MORTGAGE | 24 | $300.00 | $300.00 | $0.00 | $0.00 |
| 37 | FIRST NORTH AMERICAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HSBC BANK NEVADA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | JERSEY SHORE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | JERSEY SHORE F.C.U. | 33 | $18,661.84 | $6,438.69 | $12,223.15 | $4,661.13 |
| 41 | JERSEY SHORE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2011 | 5.00 | $0.00 |
| 03/01/2012 | Paid to Date | $500.00 |
| 04/01/2012 | 54.00 | $1,854.00 |
| 10/01/2016 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $20,394.00 |
| Total paid to creditors this period: | $20,779.67 |
| Undistributed Funds on Hand: | $1,859.16 |
| Arrearages: | ($300.00) |
| Attorney: | REBECCA C. LAFFERTY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**