| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**KML LAW GROUP, PC**<br>**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**<br>Sentry Office Plz<br>16 Haddon Ave, Suite 406<br>Westmont, NJ 08108<br>Main Phone (215) 627-1322<br>**Attorneys for: U.S. BANK, N.A.** | Order Filed on August 20, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>LEROY HARTNETT and<br>SANDRA LOUISE HARTNETT | Case No.: 11-36092 ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: August 20, 2015**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Applications Requesting Redaction of Personal Information filed in this case by <u>Attorney for Creditor</u>, and regarding <u>a Notice of Payment Change, Docket # 37 filed on March 20, 2014</u>, it is hereby

ORDERED that the above document by immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*