**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**KML LAW GROUP, PC**
**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**
Sentry Office Plz
16 Haddon Ave, Suite 406
Westmont, NJ 08108
Main Phone (215) 627-1322
Attorneys for: U.S. BANK, N.A.

Order Filed on August 20, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LEROY HARTNETT and
SANDRA LOUISE HARTNETT

Case No.:  11-36092 ABA

Chapter:  13

Judge:  Andrew B. Altenburg Jr.

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is hereby ORDERED.

**DATED: August 20, 2015**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Applications Requesting Redaction of Personal Information filed in this case by <u>Attorney for Creditor</u>, and regarding <u>an Amended Proof of Claim for Claim # 14-2 filed on January 12, 2012</u>, it is hereby

ORDERED that the above document by immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*